No. 1054, Misc. PRESTON *v.* WARDEN, MARYLAND HOUSE OF CORRECTION. Court of Appeals of Maryland. Certiorari denied.

No. 1062, Misc. SHEA *v.* LAVALLEE, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 1064, Misc. ELLIOTT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 1065, Misc. MENARD *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 1068, Misc. MATTINGLY *v.* TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1072, Misc. ARMSTRONG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. Reported below: —— F. 2d ——.

No. 1095, Misc. DYSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1074, Misc. BROOKS *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.